FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CISNEROS SAAVEDRA,<br><br>Defendant. | No. 2:06-MJ-04039-ACE<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND QUASHING ARREST WARRANT<br><br>**ECF No. 5** |

Before the Court, pursuant to Federal Rule of Criminal Procedure 48(a), is the United States' Motion to Dismiss (ECF No. 5) and Amended Document (ECF No. 6). Assistant United States Attorney Letitia Sikes represented the United States on this Motion.

The United States "may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Prior to the commencement of trial, a defendant's consent is not required to dismiss under Rule 48(a). *United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974).

The Court makes no finding regarding the propriety of the dismissal of this action.

Having reviewed the Motion and found that the United States has complied with Rule 48(a), **IT IS ORDERED**:

ORDER - 1

1. The United States' Motion to Dismiss (**ECF No. 5**)**, as amended in ECF No. 6**, is **GRANTED**.

2. Count 1 (Unlawful Flight to Avoid Prosecution in violation of 18 U.S.C. § 1073) of the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as to Defendant.

3. The Arrest Warrant (ECF No. 2) is **QUASHED.**

4. All future hearings are **STRICKEN**.

5. The District Court executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**IT IS SO ORDERED**.

DATED September 16, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2